UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| MARICHU DE SESTO, | X : : | |
| Plaintiff, | : | |
| v. | : | 15 Civ. 1118 (AJN)(JCF) |
| ELYSE SLAINE and DAVID SLAINE, | : : | **NOTICE OF MOTION TO DISMISS AND MOTION TO STRIKE** |
| Defendants. | : x | |

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law in support hereof dated June 5, 2015, and all prior pleadings and proceedings had herein, Plaintiff Marichu de Sesto will move this Court before the Honorable Alison J. Nathan, at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York 10007 in Courtroom 906, at a date and time to be determined by the Court for an Order pursuant to Fed. R. Civ. P. 12 dismissing Defendant Elyse Slaine's counterclaims, and striking Defendants Elyse Slaine and David Slaine's affirmative defenses, on the grounds, and for the reasons, set forth in the Memorandum of Law.

1

Dated: New York, New York
June 5, 2015

Respectfully submitted,


By:  /s/  Jyotin Hamid

| | |
|---|---|
| Jyotin Hamid (jhamid@debevoise.com) | Carmela Huang (chuang@urbanjustice.org) |
| Elizabeth Song (esong@debevoise.com) | David Colodny (dcolodny@urbanjustice.org) |
| DEBEVOISE & PLIMPTON LLP | URBAN JUSTICE CENTER |
| 919 Third Avenue | 123 William Street, 6th Floor |
| New York, New York 10022 | New York, NY 10038 |
| Tel: (212) 909-1031 | Tel: (646) 602-5600 |

*Attorneys for Plaintiff Marichu de Sesto*