**Debevoise**
**& Plimpton**

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 17 2015

<u>VIA CM/ECF</u>

August 10, 2015

The Honorable Alison J. Nathan
United States District Court for the Southern District of New York
United States Courthouse
40 Foley Square, Room 2102
New York, NY 10007

      Re: *Marichu De Sesto v. Elyse Slaine*, No. 15-1118
         **Withdrawal of Attorney**

Dear Judge Nathan:

  Please be advised that, effective August 14, 2015, I will no longer be employed by the firm of Debevoise & Plimpton LLP, the attorneys for Plaintiff Marichu De Sesto in the above-captioned matter. Other Debevoise attorneys will continue to represent Ms. De Sesto.

  I hereby respectfully request the Court's permission to have my name removed from the Court's docket and electronic mailing distribution list. I would be most grateful if Your Honor would approve of my withdrawal by having this letter memo endorsed so that the clerk may modify and update the Court's records accordingly.

  Thank you for your attention to this request.

              Respectfully submitted,

              <u>/s/ Elizabeth Song</u>

              Elizabeth Song

SO ORDERED:

_____
USDJ   8/17/15

www.debevoise.com