USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 12 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SO ORDERED: 7/12/16

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

-------------------------------------------------------------x

MARICHU DE SESTO,

                        Plaintiff,

v.

ELYSE SLAINE,

                        Defendant.

-------------------------------------------------------------x

15 Civ. 1118 (AJN)(JCF)

> The motion to withdraw as counsel for Plaintiff is granted.

## DECLARATION OF DAVID A. COLODNY IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Pursuant to 28 U.S.C. § 1746, I, David A. Colodny, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am a supervising attorney at the Urban Justice Center and am one of the attorneys representing Plaintiff in the above-captioned matter. I submit this Declaration in support of my Motion to Withdraw as Counsel for Plaintiff.

2. My employment at the Urban Justice Center will end on July 22, 2016, and I will no longer be able to represent Plaintiff after starting a new position with my next employer.

3. Plaintiff will continue to be represented by the other attorneys from the Urban Justice Center and the law firm of Debevoise & Plimpton LLP who have already entered appearances on her behalf in this proceeding, and will not be prejudiced by my withdrawal as their attorney.

4. My withdrawal will not interfere with the progress of this action.

Dated: New York, New York
         July 11, 2016

Respectfully submitted,

*/s/ David A. Colodny*
David A. Colodny, Esq.
URBAN JUSTICE CENTER
123 William Street, 16th Floor
New York, NY 10038
Telephone: (646) 459-3006
Facsimile: (212) 533-4598

*Counsel for Plaintiffs*